# Texas Writ Works
6804-E Hwy 6 South #525
Houston, Texas 77083
(832) 794-3787
Fax: (281) 277-8734
texaswritworks@aol.com

January 20, 2014

**Office of the Clerk**
First Court of Appeals
301 Fannin Street
Houston, Texas 77002-2066

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

JAN 2 3 2015

CHRISTOPHER A. PRINE

CLERK_____

Attn: Jessie

Re: Request for Reproduction Costs of Clerk & Reporter's Records for: *Williams v. State*, Case Numbers: 01-13-00111-CR and No. 01-13-00361-CR.

Dear Sir/Madam:

I am interested in purchasing a copy of the Clerk and Reporter's records (only) for the above-styled and numbered cases. Please do a page count and advise me of what the reproductions costs involved are for these two cases at my address, email or phone listed above.

Thank you for your kind attention to this matter.

Sincerely,

**David C. Bolton**
Certified Paralegal
Cc: File

1

Texas Writ Works.
6804 E Hwy 6 South
Houston, Texas 77083

FOREVER

HOUSTON TX

21 JAN 2015 PM 11

Office of the Clerk
First Court of Appeals
301 Fannin Styreet
Houston, Texas 77002-2066

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

JAN 2 3 2015

CHRISTOPHER A. PRINE
CLERK

77002206699